UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
CASE NO.: 1:22-cv-20189-KMM

LARA DIEZ, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

AMERICAN LANDMARK, LLC,

       Defendant.
_____/

**DEFENDANT, AMERICAN LANDMARK, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, American Landmark, LLC, pursuant to Fed. R. Civ. P. 7.1, states that Electra America, Inc. a Delaware corporation, owns 10% or more of American Landmark, LLC.

Dated: January 14, 2022.

                              Respectfully submitted,

                            By: *s/ Garry W. O'Donnell*
                            **Garry W. O'Donnell, Esq.**
                            Specialist in Business Litigation
                            Florida Bar No. 0478148
                            Primary Email: garry.odonnell@gmlaw.com
                            Secondary Email: elaine.hill@gmlaw.com
                            GREENSPOON MARDER LLP
                            2255 Glades Road, Suite 400-E
                            Boca Raton, Florida 33431
                            Telephone: (561) 994-2212
                            Facsimile:  (561) 807-7527
                            *Attorney for Defendant, American Landmark, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was filed through the Court's CM/ECF system and served by e-mail and U.S. Mail this 14th day of January, 2022, on:

Manny S. Hiraldo, Esq.
Email: mhiraldo@hiraldolaw.com
Hiraldo P.A.
401 E. Las Olas Blvd. Suite 1400
Fort Lauderdale, FL 33301
Tel. 954.400.4713
*Attorney for Plaintiff, Lara Diez*

Rachel N. Dapeer, Esq.
Email: rachel@dapeer.com
Dapeer Law
20900 N.E. 30th Ave., Suite 417
Aventura, FL 33180
Tel.: 305.610.5223
*Attorney for Plaintiff, Lara Diez*

                                                /s/ *Garry W. O'Donnell*
                                                Garry W. O'Donnell