UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
CASE NO.: 1:22-cv-20189-KMM

LARA DIEZ, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

AMERICAN LANDMARK, LLC,

       Defendant.
_____/

**JOINT MOTION TO DROP AMERICAN LANDMARK, LLC AND ADD
AMERICAN LANDMARK MANAGEMENT, LLC AS PARTY DEFENDANT**

    Plaintiff, Lara Diez, and Defendant, American Landmark, LLC, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 21, hereby jointly move for the entry of an Order dropping American Landmark, LLC and adding American Landmark Management, LLC as a party defendant. The grounds in support of the Motion and the reasons why the requested relief should be granted are as follows:

**MEMORANDUM**

    In this action, Plaintiff asserts a claim under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq.* ("TCPA") for the receipt of two text messages identified in the Complaint. [DE 1-2]. Several defenses are raised in the answer, including the Third Affirmative Defense that "Defendant is improperly named in this action as it did not place the text messages that are the subject of the Complaint." [DE 8].

    American Landmark, LLC is improperly joined as a defendant because, contrary to the allegations in the Complaint, it represents it did not send or direct the sending of the subject text

messages referenced in the Complaint. Based upon Plaintiff's factual allegations and legal theories, for any claim predicated upon the text messages referenced in the Complaint, American Landmark Management, LLC should be named as the proper party defendant. Accordingly, Plaintiff and Defendant agree that American Landmark, LLC should be dropped and American Landmark Management, LLC should be joined as a party defendant.

WHEREFORE, Plaintiff, Lara Diez, and Defendant, American Landmark, LLC, respectfully request that this Court enter an Order dismissing American Landmark, LLC as a defendant, without prejudice, and joining American Landmark Management, LLC as a defendant.

Dated: February 11, 2022.

Respectfully submitted,

By: */s/ Manuel S. Hiraldo*
**Manuel S. Hiraldo, Esq.**
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Blvd. Suite 1400
Fort Lauderdale, FL 33301
Tel. 954.400.4713

**Rachel N. Dapeer, Esq.**
Florida Bar No. 108039
Email: rachel@dapeer.com
DAPEER LAW
20900 N.E. 30th Ave., Suite 417
Aventura, FL 33180
Tel.: 305.610.5223

*Attorneys for Plaintiff, Lara Diez*

By: */s/ Garry W. O'Donnell*
**Garry W. O'Donnell, Esq.**
Specialist in Business Litigation
Florida Bar No. 0478148
Primary Email: garry.odonnell@gmlaw.com
Secondary Email: elaine.hill@gmlaw.com
**Sherine Marder, Esq.**
Florida Bar No. 56268
Email: sherine.marder@gmlaw.com
GREENSPOON MARDER LLP
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Facsimile: (561) 807-7527
*Attorneys for Defendant*
*American Landmark, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served by the Court's CM/ECF system on this 11th day of February, 2022, on all counsel or parties of record on the service list below:

**Manuel S. Hiraldo, Esq.**
Email: mhiraldo@hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Blvd. Suite 1400
Fort Lauderdale, FL 33301
Tel. 954.400.4713
*Attorney for Plaintiff, Lara Diez*

**Rachel N. Dapeer, Esq.**
Email: rachel@dapeer.com
DAPEER LAW
20900 N.E. 30th Ave., Suite 417
Aventura, FL 33180
Tel.: 305.610.5223
*Attorney for Plaintiff, Lara Diez*

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sherine Marder*