UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
CASE NO.: 1:22-cv-20189-KMM

LARA DIEZ, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

AMERICAN LANDMARK, LLC,

        Defendant.
_____/

## DEFENDANT'S MOTION FOR A COURT ORDERED RULE 16 PRETRIAL CONFERENCE

Defendant, American Landmark Management LLC, and pursuant to Fed. R. Civ. P. 16, hereby moves the Court for an Order requiring counsel for the Parties to be present at a pretrial conference for the purposes more fully set forth below.

Pending before this Court are Defendant's Motion to Dismiss [D.E. 18, 20 and 21], Motion to Compel Arbitration [D.E. 31, 33 and 34] (collectively the "Dispositive Motions"), and Motion to Stay Temporarily Discovery [D.E. 32, 36 and 38] (the "Motion to Stay"). Also pending before the Magistrate Judge is Plaintiff's Motion to Compel [D.E. 35, 39 and 40] the same discovery that is the subject of the Motion to Stay. In Defendant's Response to Plaintiff's Motion to Compel Discovery, Defendant indicated it would attempt to schedule a hearing with the Magistrate Judge on the Motion and a Rule 16 Pretrial Conference with the Court.

Although Plaintiff described her discovery as "targeted" in her Reply in Support of Plaintiff's Motion to Compel [D.E. 40], a brief glance shows that the discovery is quite broad and expansive. In addition, though the Plaintiff implies she will be prejudiced by delay in light of the

upcoming August 5, 2022 [D.E. 30] deadline for motions on class certification, she has declined to set her Motion to Compel for hearing with the Magistrate Judge.  In light of this inconsistency, and in the interest of being proactive on discovery issues, Defendant has coordinated dates and is attempting to schedule a hearing before the Magistrate Judge on its Motion to Stay (though to the extent the protective order sought may affect the deadlines in the Scheduling Order [D.E. 24] it arguably is not part of the Order of Referral [D.E. 5]). Plaintiff has advised Defendant that it takes no position on this Motion to schedule a pretrial conference.

Defendant believes scheduling a pretrial conference would be beneficial in light of the current pending Dispositive Motions and upcoming dates in the Scheduling Order [D.E. 24] including the August 5, 2022 date for filing class certification motions [D.E. 30]. Defendant is mindful that the requirements of the Scheduling Order remain effective notwithstanding the pendency of the Dispositive Motions, and with that in mind submits that a pretrial conference now would "expedit[e] disposition of the action" and "discourage[e] wasteful pretrial activities," thus serving judicial economy and preserving the parties' resources.  Defendant respectfully submits that scheduling a pretrial conference would facilitate the efficient administration management of the case in view of the pending Motions and the requirement of the Scheduling Order.

WHEREFORE, Defendant, American Landmark Management LLC, respectfully requests the Court grant this Motion and enter an Order requiring counsel for the Parties to attend a pretrial conference at a time and place designated by the Court, and rendering such other and further relief as may be just and appropriate.

### Local Rule 7.1(A)(3) Certification

I hereby certify as counsel for the moving party, Defendant, American Landmark Management LLC,  I have conferred with all parties or non-parties who may be affected by the

relief sought in this Motion and in a good faith effort to resolve the issues raised in the Motion, and that counsel for Plaintiff takes no position with respect to the Motion.

Dated: May 26, 2022.

    Respectfully submitted,

By: *s/ Garry W. O'Donnell*
**Garry w. O'Donnell, Esq.**
Specialist in Business Litigation
Florida Bar No. 0478148
Primary Email: garry.odonnell@gmlaw.com
Secondary Email: elaine.hill@gmlaw.com
**Sherine Marder, Esq.**
Florida Bar No. 56268
Email: sherine.marder@gmlaw.com
GREENSPOON MARDER LLP
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Facsimile: (561) 807-7527
*Attorney for Defendant, American Landmark, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 26th day of May, 2022, which will generate notification to all known counsel of record or pro se parties listed below.

Manny S. Hiraldo, Esq.
Hiraldo P.A.
401 E. Las Olas Blvd. Suite 1400
Fort Lauderdale, FL 33301
*Attorney for Plaintiff, Lara Diez*

Rachel N. Dapeer, Esq.
Dapeer Law
20900 N.E. 30th Ave., Suite 417
Aventura, FL 33180
*Attorney for Plaintiff, Lara Diez*

    */s/ Garry W. O'Donnell*
    Garry W. O'Donnell