UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
CASE NO.: 1:22-cv-20189-KMM

LARA DIEZ, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

AMERICAN LANDMARK LLC,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF NINETY DAYS EXPIRING

Defendant, American Landmark Management LLC, pursuant to Local Rule 7.1(b)(4),[1] hereby provides this Notice that the following Motions have been fully briefed with no hearing set thereon for a period of ninety (90) days:

1.    Defendant, American Landmark Management LLC's Motion to Dismiss Corrected First Amended Class Complaint (ECF No. 18);

2.    Defendant, American Landmark Management LLC's Motion to Compel Arbitration and Stay Case (ECF No. 31), with Notice of Supplemental Authority (ECF No. 45), and Defendant's of Supplemental Authority (ECF No. 58); and

3.    Defendant's Motion for a Court Ordered Rule 16 Pretrial Conference (ECF No. 41).

---

[1] Defendant apologizes for not strictly adhering to the timing for filing the Notice, as the dates were inadvertently not calendared.

Dated: September 13, 2022.

                        Respectfully submitted,

                        By: *s/ Garry W. O'Donnell*
                            **Garry w. O'Donnell, Esq.**
                            Specialist in Business Litigation
                            Florida Bar No. 0478148
                            Primary Email: garry.odonnell@gmlaw.com
                            Secondary Email: elaine.hill@gmlaw.com
                            **Sherine Marder, Esq.**
                            Florida Bar No. 56268
                            Email: sherine.marder@gmlaw.com
                            GREENSPOON MARDER LLP
                            2255 Glades Road, Suite 400-E
                            Boca Raton, Florida 33431
                            Telephone: (561) 994-2212
                            Facsimile:  (561) 807-7527
                            *Attorneys for Defendant,*
                            *American Landmark Management LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 13th day of September, 2022, which will generate notification to all known counsel of record or pro se parties listed below.

Manny S. Hiraldo, Esq.
Email: mhiraldo@hiraldolaw.com
Hiraldo P.A.
401 E. Las Olas Blvd. Suite 1400
Fort Lauderdale, FL 33301
*Attorney for Plaintiff, Lara Diez*

Rachel N. Dapeer, Esq.
Email: rachel@dapeer.com
Dapeer Law
20900 N.E. 30th Ave., Suite 417
Aventura, FL 33180
*Attorney for Plaintiff, Lara Diez*

                            /s/ *Garry W. O'Donnell*
                            Garry W. O'Donnell