UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-20189-KMM

LARA DIEZ, *individually and*
*on behalf of all others similarly situated,*

    Plaintiff,

v.

AMERICAN LANDMARK, LLC,

    Defendant.

_____/

**CLASS ACTION**

## STIPULATION OF DISMISSAL

Plaintiff Lara Diez and Defendant American Landmark Management LLC. hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear their own costs and attorneys' fees.

Dated: November 22, 2022

Respectfully submitted,

/s/ Rachel Dapeer
**DAPEER LAW, P.A.**
Rachel Dapeer, Esq.
Florida Bar No. 108039
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-610-5223
rachel@dapeer.com

Attorneys for Plaintiff

s/ Garry W. O'Donnell
**GREENSPOON MARDER LLP**
Garry w. O'Donnell, Esq.

>Florida Bar No. 0478148
>2255 Glades Road, Suite 400-E
>Boca Raton, Florida 33431
>Telephone: (561) 994-2212
>Facsimile: (561) 807-7527
>Primary Email: garry.odonnell@gmlaw.com
>Secondary Email: elaine.hill@gmlaw.com
>
>Attorneys for Defendant